FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MAXIDE ACQUISITION, INC., et. al., | Case No. 02-10429 (MWF) |
| Debtors. | Jointly Administered |
| EDWARD T. BOND, AS TRUSTEE OF THE DMX CREDITORS LIQUIDATION TRUST, | Adv. Pro. No. 07-50632 (CSS) |
| Plaintiff, | |
| v. | Related Docket: 21 |
| CREST NATIONAL, | |
| Defendant. | |

## ORDER TO REOPEN ADVERSARY CASE AND VACATE DEFAULT AND/OR DEFAULT JUDGMENT

This Court having considered the Motion of Defendant, National Film Laboratories, Inc., d/b/a Crest National to Reopen Adversary Case and Vacate Default and/or Default Judgment,

IT IS HEREBY ORDERED that

(1) the adversary proceeding is hereby reopened;

(2) the Entry of Default and Judgment by Default are vacated; and

(3) Defendant shall answer or otherwise respond to the Complaint within ten (10) days of the date of the entry of the Order.

Dated: July 25, 2008

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge