IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> MAXIDE ACQUISITION, INC., et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 05-10429 (MFW) <br><br> (Jointly Administered) |
| EDWARD P. BOND, AS TRUSTEE OF THE DMX CREDITORS LIQUIDATION TRUST, <br><br> Plaintiff, <br><br> v. <br><br> CREST NATIONAL, <br><br> Defendant. | Adv. Proc. No. 07-50632 (CSS) |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed between counsel for Plaintiff, Edward P. Bond, as Trustee of the DMX Creditors Liquidation Trust, and counsel for Defendant, Crest National, that the above-captioned adversary proceeding is hereby dismissed with prejudice.

Dated: November 17, 2008

DRINKER BIDDLE & REATH LLP

_____
David P. Primack (DE 4449)
1100 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 467-4200
*Attorneys for Edward P. Bond, as Trustee
of the DMX Creditors Liquidation Trust*

Dated: November 17, 2008

CICONTE, WASSERMAN, & SCERBA LLC

_____
Daniel C. Kerrick (DE 5027)
1300 King Street
Wilmington, DE 19801
Telephone: (302) 658-7101
*Attorneys for Crest National*

FP01/ 5991329.1